ACCEPTED
05-14-01209-CV
FIFTH COURT OF APPEALS
DALLAS, TEXAS
9/30/2015 1:47:32 PM
LISA MATZ
CLERK

Jeffrey M. Tillotson, P.C.
PARTNER

P 214 981 3838
F 214 981 3839
jmt@lynnllp.com

**LynnTillotsonPinkerCox**

Lynn Tillotson Pinker & Cox, LLP
Attorneys and Counselors
2100 Ross Avenue
Suite 2700
Dallas, Texas 75201
www.lynnllp.com

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
9/30/2015 1:47:32 PM
LISA MATZ
Clerk

September 30, 2015

***Via ECF***
Lisa Matz
Fifth Court of Appeal
George L. Allen, Sr. Courts Bldg.
600 Commerce Street, Suite 200
Dallas, Texas 75202-4658

      RE:    Case No. 05-14-01209-CV; *Infinity Gear and Technology, LLC v. E.F. Johnson Company*, Fifth Court of Appeals, Dallas, Texas

Dear Ms. Matz:

    I am lead counsel for Appellant/Cross-Appellee E.F. Johnson Company in the above-referenced matter. I will present oral argument on behalf of the Appellant/Cross-Appellee.

    Should you have any questions or comments, please do not hesitate to contact me

        Respectfully submitted,

        Jeffrey M. Tillotson, P.C.

JMT/sd
4812-3158-3017

cc:    Pete D. Marketos (*Via E-Serve*)
       Adam Sanderson (*Via E-Serve*)